96a    29
a193s  394

## George W. Higgins v. Illinois T. & S. Bk., Receiver, et al.

1. FORMER DECISION—*Followed.*—This case is controlled by the case of Rogan et al. v. The Illinois Trust and Savings Bank, 93 Ill. App. 39, and the court adopts the same conclusion as in that case.

**Bill to Enforce the Liability of Stockholders.**—Error to the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1900. Affirmed. Opinion filed June 28, 1901.

PADDOCK & BILLINGS, attorneys for plaintiff in error.

WALKER & PAYNE, EDWIN BURRITT SMITH and DAVID QUIGG, attorneys for defendants in error; E. R. BLISS, of counsel.

OPINION PER CURIAM.

It is agreed by opposing counsel that this case covers the same facts in substance and the same legal questions as were involved in the case of Rogan et al. v. the same appellees, 93 Ill. App. 39. This case is therefore controlled by that one, and we adopt the same conclusion as there, and affirm the decree. Affirmed.